1  ROB BONTA
   Attorney General of California
2  PAUL STEIN, State Bar No. 184956
   Supervising Deputy Attorney General
3  SHARON L. O'GRADY, State Bar No. 102356
   Deputy Attorney General
4  CHRISTOPHER J. KISSEL, State Bar No. 333937
   Deputy Attorney General
5  CARTER M. JANSEN, State Bar No. 347116
   Deputy Attorney General
6    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013-1230
7    Telephone:  (213) 269-6601
     Fax:  (916) 731-2124
8    E-mail:  carter.jansen@doj.ca.gov
   *Attorneys for Plaintiff California High-Speed Rail*
9  *Authority*

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12                       SACRAMENTO DIVISION

13

14 | **CALIFORNIA HIGH-SPEED RAIL AUTHORITY**, | Case No. 2:25-cv-02004-DAD-CKD |

15 | | **NOTICE OF APPEARANCE OF COUNSEL CARTER M. JANSEN ON BEHALF OF PLAINTIFF** |
                                    Plaintiff,
16

17      v.                                  Judge:       Hon. Dale A. Drozd
                                            Courtroom:   4, 15th floor
18 **UNITED STATES DEPARTMENT OF             Action Filed: July 17, 2025
   TRANSPORTATION**; **SEAN DUFFY**, in his
19 official capacity as Secretary of the
   Department of Transportation; **THE**
20 **FEDERAL RAILROAD**
   **ADMINISTRATION**; **DREW FEELEY**, in
21 his official capacity as Acting Administrator of
   the Federal Railroad Administration,
22
                              Defendants.
23

24

25

26

27

28

                                   1

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Carter M. Jansen, Deputy Attorney General, hereby enters his appearance as additional counsel of record for Plaintiff California High-Speed Rail Authority in this action. Mr. Jansen is a member of the State Bar of California and is admitted to practice in the United States District Court for the Eastern District of California. Mr. Jansen's contact information is as follows:

> Carter M. Jansen, Deputy Attorney General
> Office of the California Attorney General
> 300 South Spring Street, Suite 1702
> Los Angeles, CA  90013-1230
> Telephone:  (213) 269-6601
> Fax:  (916) 731-2124
> E-mail:  carter.jansen@doj.ca.gov

Dated:  July 24, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
SHARON L. O'GRADY
Deputy Attorney General
CHRISTOPHER J. KISSEL
Deputy Attorney General

*/s/ Carter M. Jansen*
CARTER M. JANSEN
Deputy Attorney General
*Attorneys for Plaintiff California High-Speed Rail Authority*