UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA HIGH-SPEED RAIL AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>Defendants. | No. 2:25-cv-02004-DAD-CKD<br><br>ORDER DIRECTING THE FILING OF SUPPLEMENTAL BRIEFING<br><br>(Doc. No. 15) |

This matter is before the court on plaintiff's motion for preliminary injunction. (Doc. No. 15.) The parties are directed to file joint or separate supplemental briefing addressing the following issues:

1. Whether the court must rely on the full administrative record in ruling on plaintiff's motion for preliminary injunction. *Citizens to Preserve Overton Park, Inc. v. Volpe*, 401 U.S. 402, 420 (1971) ("[I]t is necessary to remand this case to the District Court for plenary review of the Secretary's decision. That review is to be based on the full administrative record that was before the Secretary at the time he made his decision."); *see also American Bioscience, Inc. v. Thompson*, 243 F.3d 579, 582 (D.C. Cir. 2001) ("The review must 'be based on the full administrative record that was before the [FDA] at the time [it] made its decision.'") (quoting *Citizens to Preserve Overton Park v. Volpe*, 401

1

U.S. 402, 420 (1971)); *Doe #1 v. Trump*, 423 F. Supp. 3d 1040, 1046–47 (D. Or. 2019).

2. Whether, the parties would agree to stipulate to the court ruling on plaintiff's motion for preliminary injunction based upon an incomplete administrative record. *See Earth Island Inst. v. Muldoon*, 82 F.4th 624, 631 (9th Cir. 2023) ("The parties agreed to an expedited briefing schedule that would resolve the preliminary injunction motion before the Agency was required to produce the complete administrative record."); *Nat'l Urb. League v. Ross*, 489 F. Supp. 3d 939, 960 (N.D. Cal.) ("Because of the exigency of the motion for preliminary injunction and the imminent September 30, 2020 deadline for data collection, the parties stipulated to an incomplete administrative record for purposes of the instant motion."), *order clarified,* 491 F. Supp. 3d 572 (N.D. Cal. 2020).

The parties shall file joint or separate supplement briefing addressing only these issues no later than November 14, 2025.

IT IS SO ORDERED.

Dated: **November 10, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2