BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Attorneys for United States*

[Counsel for Plaintiff on Signature Page]

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA HIGH-SPEED RAIL AUTHORITY**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF TRANSPORTATION,** *et. al.*, <br><br> Defendants. | Case No. 25-cv-02004 <br><br> **JOINT STIPULATION TO CONTINUE THE NOVEMBER 24, 2025 INITIAL SCHEDULING CONFERENCE AND TO EXTEND THE NOVEMBER 10, 2025 JOINT STATUS REPORT DEADLINE** |

JOINT STIPULATION
CASE NO. 25-CV-02004

The parties, by and through their undersigned counsel, respectfully request that the Court continue the November 24, 2025 Initial Scheduling Conference and extend the November 10, 2025 Joint Status Report deadline, and state as follows:

1.    Plaintiff filed this action on July 17, 2025.  ECF No. 1.

2.    On July 21, 2025, the Court set an Initial Scheduling Conference for November 24, 2025, and directed the Parties to submit a Joint Status Report, including a Rule 26(f) discovery plan, by November 10, 2025. ECF No. 6 ¶ 6.

3.    On September 22, 2025, Defendants moved to dismiss Plaintiff's Complaint, and on October 10, 2025, Plaintiff moved for a preliminary injunction.  ECF Nos. 12, 15.

4.    A hearing on both motions is set for November 17, 2025.  ECF No. 38.

5.    The Parties have conferred and agree that good cause exists to continue the Initial Scheduling Conference and extend the Joint Status Report deadline.  The Court's rulings on the pending motions (ECF Nos. 12, 15) are likely to significantly affect the scope and timing of further proceedings, and deferring these deadlines will conserve the resources of both the Parties and the Court.

6.    Accordingly, the Parties respectfully request that the Initial Scheduling Conference be continued and Joint Status Report deadline be extended, to dates to be agreed upon by the Parties, after the Court resolves the pending motions.  ECF Nos. 12, 15.

7.    The Parties will submit a proposed scheduling order, including proposed dates for the Initial Scheduling Conference and Joint Status Report, within fourteen (14) days of the Court's rulings on the pending motions. A proposed order is attached.

DATED: November 14, 2025                    Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            ERIC J. HAMILTON
                                            Deputy Assistant Attorney General

                                            JOSEPH E. BORSON
                                            Assistant Branch Director

JOINT STIPULATION
CASE NO. 25-CV-02004

1

1

2
/s/ Kathryn Barragan

3
KATHRYN BARRAGAN (D.C. Bar No. 90026294)
Trial Attorney, U.S. Department of Justice

4
Civil Division, Federal Programs Branch
1100 L Street, N.W.

5
Washington, D.C. 20005
Tel.: (202) 598-7696

6
Email: kathryn.e.barragan@usdoj.gov

7
*Counsel for the United States*

8

9
DATED: November 14, 2025                    Respectfully submitted,

10
ROB BONTA

11
Attorney General of California

12
PAUL STEIN
Supervising Deputy Attorney General

13

14
/s/ Sharon O'Grady
SHARON O'GRADY

15
CARTER JANSEN
Deputy Attorneys General

16

17
*Attorneys for Plaintiff*
*California High-Speed Rail Authority*

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION
CASE NO. 25-CV-02004

2