# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA HIGH-SPEED RAIL AUTHORITY**, <br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF TRANSPORTATION,** *et. al.*,<br><br>Defendants. | Case No. 25-cv-02004<br><br>**JOINT STIPULATION TO CONTINUE THE NOVEMBER 24, 2025 INITIAL SCHEDULING CONFERENCE AND TO EXTEND THE NOVEMBER 10, 2025 JOINT STATUS REPORT DEADLINE** |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to continue the November 24, 2025 Initial Scheduling Conference and to extend the November 10, 2025 Joint Status Report deadline, the Court orders as follows:

IT IS HEREBY ORDERED that the Initial Scheduling Conference is continued, and Joint Status Report deadline is extended, to dates to be set after the Court resolves Defendants' motion to dismiss (ECF No. 12) and Plaintiff's preliminary injunction motion (ECF No. 15).

IT IS FURTHER ORDERED that within fourteen (14) days of those rulings, the Parties shall submit a proposed scheduling order, including proposed dates for the Initial Scheduling Conference and Joint Status Report.

It is SO ORDERED.

November __, 2025

_____
Hon. Dale A. Drozd
United States District Judge

[PROPOSED] ORDER
CASE NO. 25-CV-02004