1  ROB BONTA
   Attorney General of California
2  PAUL STEIN
   Supervising Deputy Attorney General
3  CARTER JANSEN, State Bar No. 347116
   SHARON O'GRADY, State Bar No. 102356
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone: (415) 510-3834
6    Fax: (415) 703-1234
     E-mail: Sharon.OGrady@doj.ca.gov
7  *Attorneys for Plaintiff California High-Speed Rail Authority*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA HIGH-SPEED RAIL AUTHORITY,** | Case No. 2:25-cv-02004-DAD-CKD |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION** |
| **UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN P. DUFFY**, in his official capacity as Secretary of the Department of Transportation; **THE FEDERAL RAILROAD ADMINISTRATION**; **DREW FEELEY**, in his official capacity as Acting Administrator of the Federal Railroad Administration, | Dept:         Courtroom 4<br>Judge:        Dale A. Drozd<br>Action Filed: July 17, 2025 |
| Defendants. | |

1  NOTICE IS HEREBY GIVEN that Plaintiff California High-Speed Rail Authority
2  withdraws its Motion for Preliminary Injunction (Dkt. No. 15, filed October 10, 2025) without
3  prejudice.

Dated: November 14, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General


*/s/ Sharon O'Grady*
SHARON O'GRADY
CARTER JANSEN
Deputy Attorneys General
*Attorneys for Plaintiff*
*California High-Speed Rail Authority*