ROB BONTA
Attorney General of California
PAUL STEIN, State Bar No. 184956
Supervising Deputy Attorney General
SHARON L. O'GRADY, State Bar No. 102356
Deputy Attorney General
CARTER M. JANSEN, State Bar No. 347116
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6601
  Fax:  (916) 731-2124
  E-mail:  carter.jansen@doj.ca.gov
*Attorneys for Plaintiff California High-Speed Rail Authority*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA HIGH-SPEED RAIL AUTHORITY**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF TRANSPORTATION**; **SEAN DUFFY**, in his official capacity as Secretary of the Department of Transportation; **THE FEDERAL RAILROAD ADMINISTRATION**; **DREW FEELEY**, in his official capacity as Acting Administrator of the Federal Railroad Administration,<br><br>Defendants. | Case No. 2:25-cv-02004-DAD-CKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:         Hon. Dale A. Drozd<br>Courtroom:  4, 15th floor<br>Action Filed: July 17, 2025 |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Riv. Proc. 41(a), Plaintiff California High-Speed Rail Authority voluntarily dismisses the above-captioned action in its entirety, without prejudice, as to all defendants, and without further notice.  As grounds therefor, Plaintiff states that no defendant has filed an answer or a motion for summary judgment, and voluntary dismissal without prejudice is permissible pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  December 23, 2025                    Respectfully submitted,

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
SHARON L. O'GRADY
Deputy Attorney General

*/s/ Carter M. Jansen*
CARTER M. JANSEN
Deputy Attorney General
*Attorneys for Plaintiff California High-Speed Rail Authority*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **CA High-Speed Rail Authority v. U.S. Dept. of Transportation .** | Case No.: | **2:25-cv-2004-DAD-CKD** |

I hereby certify that on <u>December 23, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 23, 2025</u>, at Los Angeles, California.

| | |
|---|---|
| Kevin Carballo | *Kevin Carballo* |
| Declarant | Signature |

SA2024305431
68152075.docx